UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI ESSEILY,

    Plaintiff,

v.

BARBARA McQUADE,
UNITED STATES ATTORNEY,
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,

    Defendant.
_____/

Case No. 10-13887

Honorable Nancy G. Edmunds

**ORDER OF DISMISSAL**

On September 30, 2010, Plaintiff filed a pleading captioned "General Remarks" which this Court construes as a complaint against Barbara McQuade, United States Attorney, United States District Court, Eastern District of Michigan. The following consists of all the allegations in Plaintiff's complaint:

I. "General Remarks"

- if these terrorists are not Israelis, president and his attorney general put themselves on alert to fight terrorist - but because these terrorists are Israelis president and his attorney general "hide & excuse themselves

- president and his attorney general must explain how "robberie assaulted" became a secret documents if the jewish they are not thugs, thieves, terrorists

- Israelis terrorists, corrupt United States government, there terrorist penetrate deep into "the construction of the government" these terrorists make the United States government a corrupt government - terrorize the people on one side and the government discriminated the people other side

it is a combine forces between Israelis terrorists and United States government

to harrass, opress, abuse, threaten the people

- president at his attorney general, how they won't fight terrorist if they are loyal to Israelis terrorists, instead to be loyal to the Constitution of the United States of America

II. is the attorney general Eastern district of Mich is the Commander in Chief to fight terrorist

does not matter who appoint United States Attorney General Eastern Michigan cannot replace the president who lead the nation to fight terrorist, and your RANK does not allow you to do that even as a poor RANK you failed not to fight terrorist, yo failed to fight Corruption, discrimination in the State

- you jump in this case, you pass the president & his attorney general if the president serious to fight terrorist, must forward the case to his attorney general including the letter & documents attached to the letter, and attorney general forward the letter & document attached to your office, . . . to represent the president, attorney general violated his duty to fight terrorist, corruption, discrimination on federal level because your office not qualified to this case for the following

a) terrorist act happen in New York City

b) you do not have jurisdiction to investigation New York City "City Hall"

c) you do not have any document about the case because attorney general has the right to investigate & unseal the sealing record not you

d) if attorney general serious to fight terrorist, must order attorney general of New York to investigate the case or send special prosecutor or must have have a power fro attorney general to investigate or represent in this case . . . .

e) your office involve in this case in way or other, some of you lawyers office involve related to this case and you attorney general East D. Michigan before they appoint you or promote you to attorney general, in period of the yo work as a Clerk at the office or racist jewish judge "pro Israelis terrorist judge" Plaintiff complaint ... at other judge, to the president at this point for respect to your rank if you duty you must step down for the case due to "conflict of interest"

III. Why attorney general Eastern Michigan paralyzed the president & his attorney general in this case not others

a) about the dispute to build the mosque near "ground zero" in New York City President Obama said "as a citizen & as a president I am pro to build a mosque

near ground zero"

b) about Arizona immigration law, President Obama said that the law unconstitutional & his administration will challenge law in the federal court

c) lady fired fro her job "secretary of agriculture" due to racist remark to the media, but they found not true President himself called & apologize fro her

4) in his speech of the "State Union" President Obama critized the Supreme Court Justice because agree that company, corporation or other have the right to donate money to election . . . without limitation

5) In the World Center terrorist act some terrorists arrested in Michigan judge in this case got "gag order" attorney general Ashcroft by that time said something about the case. Judge who preside the case threaten to take action against attorney general & the attorney general apologize

6) Obama administration sued Arizona Sheriff - his department discriminates against Hispanic People & U S Justice department sued him to get access to some document about his discrimination

IV. Nobody above the Constitution

- Nixon "Watergate"
- Clinton "Impeachment Trial"

V. Plaintiff did not mention judge who handle the Case 2:10-CV-12268 [Judge Victoria Roberts] because judges immune themselves and as you know immunity is the political climate of the jewish terrorists.

Ali Esseily

(Pl.'s Complt.)

As observed by the Sixth Circuit, "a district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). The Court finds that Plaintiff's complaint is, on its face, totally implausible, frivolous and devoid of merit. Accordingly, the Court

3

hereby **DISMISSES** this action pursuant to Rule 12(b)(1).

**SO ORDERED.**


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: October 7, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 7, 2010, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager